IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOHN F. TOBIN,                                          ORDER

     Plaintiff,                                    16-cv-638-bbc

  v.

NANCY A. BERRYHILL,
Acting Commissioner, Social
Security Administration,

     Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

     Dana Duncan, counsel for plaintiff John F. Tobin, has moved for authorization of attorney fees and costs for his representation of plaintiff. Counsel is seeking $4,359.40 in fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412. Defendant Nancy A. Berryhill, Acting Commissioner of the Social Security Administration, does not oppose plaintiff's counsel's request. Accordingly, I am granting plaintiff's counsel's motion.

     After counsel for the parties verify that plaintiff owes no pre-existing debt subject to offset, defendant shall pay $4,359.40 in fees and costs to counsel in accordance with the assignment signed by plaintiff and his counsel.
1

ORDER

IT IS ORDERED that plaintiff John F. Tobin's motion for attorney fees and costs in the amount of $4,359.40, dkt. #14, is GRANTED.

Entered this 30th day of October, 2017.

BY THE COURT:

/s/
_____
BARBARA B. CRABB
District Judge