IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOHN F. TOBIN,

        Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-638-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff John F. Tobin attorney fees and costs in the amount of $4,359.40 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

| | |
|---|---|
| s/ K. Frederickson, Deputy Clerk | 10/31/2017 |
| Peter Oppeneer, Clerk of Court | Date |